IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KELLY TRACEY, | § | |
| JANET BLANKENSHIP, | § | No. 361, 2015 |
| | § | |
| Plaintiffs Below-Appellants, | § | Court Below: |
| | § | Superior Court of the State of Delaware |
| v. | § | in and for New Castle County |
| | § | |
| STATE FARM MUTUAL | § | C.A. No. N13C-05-273 |
| AUTOMOBILE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant Below-Appellee. | § | |

Submitted: December 9, 2015
Decided: December 10, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 10th day of December 2015, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order of June 23, 2015;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice